(No. 1629— ▬▬▬▬▬)

STRESENREUTER BROTHERS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 6, 1933.*

*Per Curiam:*

On this 6th day of March, A. D. 1933, being one of the regular days of the January, A. D. 1933 term, comes the claimant, Stresenreuter Brothers, by their attorneys, Dent, Weichelt & Hampton, and the respondent by its Attorney General, Otto Kerner, and files a stipulation to dismiss the above case.

The stipulation is approved, and the cause dismissed, and in pursuance to said stipulation the claim is dismissed without award, because of action satisfied.